IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. DONNA CHUNESTUDEY<br>     Plaintiff,<br><br>v.<br><br>1. LORA NELDON,<br>2. DANNY NELDON,<br>3. DANNY L. NELDON REVOCABLE TRUST<br>   And<br>4. LORA R. NELDON TRUST,<br>     Defendants | Case No.: 6:18-cv-00010-RAW |

## ORDER OF JUDGMENT

Based upon the acceptance by the Plaintiff, Donna Chunestudey of the **Fed. R. Civ. P. ("Rule") 68** Offer to Confess Judgment made by the Defendants, Lora Neldon, Danny Neldon, Danny L. Neldon Revocable Trust, and Lora R. Neldon Trust, **IT IS HEREBY ORDERED:**

1.   Judgment is entered in favor of Donna Chunestudey and against the Defendants Lora Neldon, Danny Neldon, Danny L. Neldon Revocable Trust, and Lora R. Neldon Trust in the amount of $35,000, inclusive of attorney's fees, costs, interest and all damages.

2.   The judgment will be paid as follows: Thirty-One Thousand Five Hundred Dollars payable to the Plaintiff for interest, costs, and all damages; and Three Thousand Five Hundred Dollars paid to the Plaintiff's Counsel, Legal Aid Services of Oklahoma,

1

Inc. as the reasonable attorney's fee for their representation of the Plaintiff in this matter, pursuant to Rule 68.

Dated this 1st day of October, 2018.

*Ronald A. White*
Ronald A. White
United States District Judge
Eastern District of Oklahoma